**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Susan B. Ferri | BK No. 1:17−bk−11081 |
| Debtor(s) | Chapter 7 |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 8)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 8); filed by Wells Fargo Bank NA ; and it appearing that proper notice was provided; and no objection having been filed,

   IT IS HEREBY ORDERED:

   (1) Wells Fargo Bank NA is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

   674 E Washington St. North Attleboro MA 02760.

   (2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure Applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **9/1/17**

Entered on Docket: **9/1/17**
Document Number: **12 − 8**

ogrelstay.jsp #115df

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: *www.rib.uscourts.gov*